**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                   Case No.    06-20080

ANTONIO BARNETT,             Honorable Arthur J. Tarnow
                                           Magistrate Judge R. Steven Whalen

      Defendant.
_____/

**ORDER ADOPTING IN PART AND REJECTING IN PART THE REPORT AND RECOMMENDATION [22]; AND ORDER GRANTING MOTION TO QUASH SEARCH WARRANT AND SUPPRESS EVIDENCE [13]**

The government's and defendant's objections to Magistrate Judge Whalen's Report and Recommendation came on for a hearing on January 17, 2008.

For the reasons stated on the record, the report and recommendation is ADOPTED IN PART and REJECTED IN PART.

Accordingly, the motion to quash search warrant and suppress evidence is GRANTED.

      SO ORDERED.

                                    S/ARTHUR J. TARNOW
                                    Arthur J. Tarnow
                                    United States District Judge

Dated: January 18, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 18, 2008, by electronic and/or ordinary mail.

                                      <u>S/THERESA E. TAYLOR</u>
                                      Case Manager